**Order entered September 7, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00909-CR

## EX PARTE QUINCY BLAKELY

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX18-90017-M**

## ORDER

Appellant appeals the trial court's August 3, 2018 order denying his pretrial application for writ of habeas corpus. On August 15, 2018, the Court entered a scheduling order directing the trial court to prepare a certification of the right to appeal, the district clerk to prepare a clerk's record supplementing the clerk's record previously filed in appellant's earlier habeas appeal, and the court reporter to file either the reporter's record or a letter verifying that no reported hearings occurred in connection with appellant's writ application. The due date on all of these filings was August 31, 2018.

On September 5, 2018, the district clerk filed a letter notifying the Court that no certification of the right to appeal has been filed with the district clerk. Except for the district clerk's letter, none of the other items ordered in the Court's August 15, 2018 order have been filed.

Accordingly, We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it as part of the supplemental clerk's record ordered hereinbelow.

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record containing the certification of appellant's right to appeal, the trial court's August 3, 2018 written order denying relief on appellant's application for writ of habeas corpus, and any other documents relevant to appellant's writ application that were not filed previously as part of the clerk's record in cause no. 05-18-00544-CR.

We **ORDER** Official Court Reporter Belinda Baraka to file either the reporter's record or written verification that no hearing was conducted in connection with appellant's pretrial writ application.

We further **ORDER** that the certification, supplemental clerk's record, and reporter's record or reporter's verification be filed within **FOURTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Quincy Blakely, pro se appellant; and counsel for the State.

/s/    CRAIG STODDART
        JUSTICE